UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No.  2:15-cv-1230 CKD P |
| Plaintiff, | |
| v. | ORDER |
| T. VILLESCAZ, | |
| Defendants. | |

By an order filed February 24, 2016, plaintiff was ordered to pay the $400 filing fee for this action and was cautioned that failure to do so would result in dismissal.  The time for paying the filing fee has expired and plaintiff has not paid the fee nor otherwise responded to the court's order.  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  April 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will1230.dis